```
FILED
June 24, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>v.                                 )<br>                                   )<br>YAN EBYAM,                         )<br>            Defendant.             )<br>_____) | Case No. MAG. 11-0176-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release YAN EBYAM, Case No. MAG. 11-0176-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $150,000.00 (or all available equity in subject property)

        ___ Unsecured Appearance Bond

        _X_ Secured Appearance Bond

        _X_ (Other) Conditions as stated on the record.

        _X_ (Other) Secured bond documents to be filed by 07/11/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  06-24-2011  at  3:00 a.m.

By  /s/ Edmund F. Brennan
      Edmund F. Brennan
      United States Magistrate Judge