

FILED

JUL 11 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   YAN EBYAM

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )
                                )   Cr.S. 11-275-JAM
13              Plaintiff,      )   Cr.S. 11-276-JAM
                                )                    Dq)
14         v.                   )   STIPULATION AND [PROPOSED]
                                )   ORDER TO EXTEND TIME TO POST
15 YAN EBYAM,                   )   SECURED BOND
                                )
16              Defendants.     )
                                )   JUDGE: Hon. DALE A. DROZD
17 _____  )

18

19      On June 24, 2011, the Honorable Edmund F. Brennan ordered Mr. Yan

20 Ebyam be released on a $150,000 property bond to be posted with

21 $150,000 to be secured by the defendant's mother's real property. A

22 notice of agreement to forfeit property was posted with the court on

23 June 24, 2011.  All of the paperwork has been completed and Assistant

24 United States Attorney, Samuel Wong has not approved the amount of

25 equity in the property due to a line of credit in the amount of

26 $100,000.  We have contacted the defendant's mother and she is in the

27 process of reducing the equity line of credit account with the bank.

28 After this has been completed we will resubmit the new paperwork to

1 | Assistant United States Attorney, Samuel Wong for approval.
2 |     For the reasons stated above, additional time is needed to received
3 | documentation from the bank closing the equity line of credit.
4 | Accordingly, the parties agree that the deadline for posting the
5 | secured bond may be extended two additional weeks, to July 25, 2011.
6 | This office has contacted Assistant United States Attorney Samuel Wong
7 | and he has no objection to this request.

DATED: July 11, 2011            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                  /s/ Matthew M. Scoble
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  YAN EBYAM

DATED: July 11, 2011            BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Matthew M. Scoble for
                                  SAMUEL WONG
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: July 11, 2011.            _____
                                  DALE A. DROZD
                                  United States Magistrate Judge