JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>YAN EBYAM, et al.,<br><br>    Defendants. | No. CR-S-11-275 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date:  November 15, 2011<br>Time:  9:30 a.m.<br>Judge:  Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel,  Todd Pickles, Assistant United States Attorney, together with counsel for defendant Yan Ebyam, Matthew M. Scoble, Esq., counsel for defendant Thomas Jopson, William J. Portanova, Esq., counsel for defendant David Jopson, John R. Manning, Esq., counsel for defendant Aimee Sisco, J Toney, Esq., counsel for defendant Pablo Vasquez, David D. Fischer, Esq., counsel for defendant Dolf Podva, Carl E. Larson, Esq., counsel for defendant Donald Fried, Dan F. Koukol, Esq., and counsel for defendant Thomas Marrs, Ronald J. Peters, Esq., that the status conference presently set for October 4, 2011 be **continued to November 15, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that

PDF created with pdfFactory trial version www.pdffactory.com

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, September 29, 2011, to and including November 15, 2011.  All parties stipulate and agree that this case is unusual and complex within the meaning of the Speedy Trial Act, as this case involves over 2,000 pages of initial discovery, six search warrants, and nine co-defendants.  Additionally, defendant Yan Ebyam is named as a defendant in two indictments pending before this Court, Case Nos. 2:11-CR-276 JAM and 2:11-CR-276 JAM, which make preparation for his defense even more unusual and complicated.  All defendants request more time to review the discovery and conduct investigation to prepare each defendant's defense.

IT IS SO STIPULATED AND AGREED.

Dated: September 29, 2011                          /s/  Matthew M. Scoble
                                                   MATTHEW M. SCOBLE
                                                   Attorney for Defendant
                                                   Yan Ebyam

Dated: September 29, 2011                          /s/  William J. Portanova
                                                   WILLIAM J. PORTANOVA
                                                   Attorney for Defendant
                                                   Thomas Jopson

Dated: September 29, 2011                          /s/  John R. Manning
                                                   JOHN R. MANNING
                                                   Attorney for Defendant
                                                   David Jopson

Dated: September 29, 2011                          /s/  Hayes H. Gable
                                                   HAYES H. GABLE
                                                   Attorney for Defendant
                                                   Jesus Bruce

Dated: September 29, 2011                          /s/  J Toney
                                                   J TONEY
                                                   Attorney for Defendant
                                                   Aimee Sisco

2

PDF created with pdfFactory trial version www.pdffactory.com

Dated: September 29, 2011      /s/  David D. Fischer
     DAVID D. FISCHER
     Attorney for Defendant
     Pablo Vasquez

Dated: September 29, 2011      /s/  Carl E. Larson
     CARL E. LARSON
     Attorney for Defendant
     Dolf Podva

Dated: September 29, 2011      /s/  Dan F. Koukol
     DAN F. KOUKOL
     Attorney for Defendant
     Donald Fried

Dated: September 29, 2011      /s/  Ronald J. Peters
     RONALD J. PETERS
     Attorney for Defendant
     Thomas Marrs

Dated: September 29, 2011      Benjamin B. Wagner
     United States Attorney

     by:      /s/ Todd A. Pickles
     TODD A. PICKLES
     Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )   No. CR-S-11-275 JAM
                                             )
            Plaintiff,                       )
                                             )   ORDER TO
                                             )   CONTINUE STATUS CONFERNCE
v.                                           )
                                             )
YAN EBYAM, et al.,                           )
                                             )
            Defendants.                      )
                                             )
                                             )
                                             )

_____

        The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

4

PDF created with pdfFactory trial version www.pdffactory.com

The Court orders that the time from the date of the parties' stipulation, September 29, 2011, to and including November 15, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the October 4, 2011, status conference shall be continued until November 15, 2011, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   10/3/2011                                    /s/ John A. Mendez_____
                                                     John A. Mendez
                                                     United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com