JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-275 JAM |
| Plaintiff, | ) ) ) | STIPULATION AND |
| v. | ) ) | ORDERCONTINUING STATUS CONFERENCE |
| YAN EBYAM, et al., | ) ) ) | Date: January 17, 2012 |
| Defendants. | ) ) ) | Time: 9:30 a.m. Judge: Honorable John A. Mendez |
| | ) ) ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Yan Ebyam, Matthew M. Scoble, Esq., counsel for defendant Thomas Jopson, William J. Portanova, Esq., counsel for defendant David Jopson, John R. Manning, Esq., counsel for defendant Jesus Bruce, Hayes H. Gable, Esq., counsel for defendant Aimee Sisco, J Toney, Esq., counsel for defendant Pablo Vasquez, David D. Fischer, Esq., counsel for defendant Dolf Podva, Carl E. Larson, Esq., counsel for defendant Donald Fried, Dan F. Koukol, Esq., and counsel for defendant Thomas Marrs, Ronald J. Peters, Esq., that the status conference presently set for November 15, 2011 be **continued to January 17, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

    Further, all of the parties, the United States of America and all of the defendants as stated

1

PDF created with pdfFactory trial version www.pdffactory.com

above, hereby agree and stipulate that the Court should find the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, November 10, 2011, to and including January 17, 2012.  All parties stipulate and agree that this case is unusual and complex within the meaning of the Speedy Trial Act, as this case involves over 2,000 pages of initial discovery, six search warrants, and nine co-defendants.  Additionally, defendant Yan Ebyam is named as a defendant in two indictments pending before this Court, Case Nos. 2:11-CR-276 JAM and 2:11-CR-275 JAM, which make preparation for his defense even more unusual and complicated.  All defendants request more time to review the discovery and conduct investigation to prepare each defendant's defense.

IT IS SO STIPULATED AND AGREED.

Dated: November 10, 2011                              /s/  Matthew M. Scoble
                                                                            MATTHEW M. SCOBLE
                                                                            Attorney for Defendant
                                                                            Yan Ebyam

Dated: November 10, 2011                              /s/  William J. Portanova
                                                                            WILLIAM J. PORTANOVA
                                                                            Attorney for Defendant
                                                                            Thomas Jopson

Dated: November10, 2011                               /s/  John R. Manning
                                                                            JOHN R. MANNING
                                                                            Attorney for Defendant
                                                                            David Jopson

Dated: November 10, 2011                              /s/  Hayes H. Gable
                                                                            HAYES H. GABLE
                                                                            Attorney for Defendant
                                                                            Jesus Bruce

PDF created with pdfFactory trial version www.pdffactory.com

Dated: November 10, 2011                                          /s/  J Toney
                                                                  J TONEY
                                                                  Attorney for Defendant
                                                                  Aimee Sisco

Dated: November 10, 2011                                          /s/  David D. Fischer
                                                                  DAVID D. FISCHER
                                                                  Attorney for Defendant
                                                                  Pablo Vasquez

Dated: November 10, 2011                                          /s/  Carl E. Larson
                                                                  CARL E. LARSON
                                                                  Attorney for Defendant
                                                                  Dolf Podva

Dated: November 10, 2011                                          /s/  Dan F. Koukol
                                                                  DAN F. KOUKOL
                                                                  Attorney for Defendant
                                                                  Donald Fried

Dated: November 10, 2011                                          /s/  Ronald J. Peters
                                                                  RONALD J. PETERS
                                                                  Attorney for Defendant
                                                                  Thomas Marrs

Dated: November 10, 2011                                          Benjamin B. Wagner
                                                                  United States Attorney

                                                             By:  /s/ Samuel Wong
                                                                  SAMUEL WONG
                                                                  Assistant U.S. Attorney

3

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-275 JAM |
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERNCE |
| YAN EBYAM, et al., | ) |
| Defendants. | ) |

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

PDF created with pdfFactory trial version www.pdffactory.com

The Court orders that the time from the date of the parties' stipulation, November 10, 2011, to and including January 17, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare). It is further ordered that the November 15, 2011, status conference shall be continued until January 17, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated: 11/10/2011                         /s/ John A. Mendez
                                          John A. Mendez
                                          United States District Court Judge

5

PDF created with pdfFactory trial version www.pdffactory.com