DANIEL BRODERICK, Bar #89424
Federal Defender
MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
YAN EBYAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S 11-275 JAM |
|---|---|
| Plaintiff, | ) Cr.S 11-276 JAM |
| v. | ) WAIVER OF DEFENDANT'S PRESENCE |
| YAN EBYAM, | ) |
| Defendant. | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, YAN EBYAM, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will

be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present, and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated:

YAN EBYAM

I agree with and consent to my client's waiver of appearance.

Dated:

/s/ Matthew Scoble
MATTHEW SCOBLE
Designated Counsel for Service
Attorney for Defendant
YAN EBYAM

Dated: 11-18-2011

Hon. John A Mendez

2