JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YAN EBYAM, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. CR-S-11-275 JAM

STIPULATION AND
ORDER CONTINUING STATUS
CONFERENCE

Date:  June 19, 2012
Time:  9:30 a.m.
Judge:  Honorable John A. Mendez

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel,  Todd Pickles, Assistant United States Attorney, together with counsel for defendant Yan Ebyam, Matthew M. Scoble, Esq., counsel for defendant Thomas Jopson, William J. Portanova, Esq., counsel for defendant David Jopson, John R. Manning, Esq., counsel for defendant Jesus Bruce, Hayes H. Gable, Esq., counsel for defendant Aimee Sisco, J Toney, Esq., counsel for defendant Pablo Vasquez, David D. Fischer, Esq., counsel for defendant Dolf Podva, Carl E. Larson, Esq., counsel for defendant Donald Fried, Dan F. Koukol, Esq., and counsel for defendant Thomas Marrs, Ronald J. Peters, Esq., that the status conference presently set for April 24, 2012 be **continued to June 19, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

    Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the Court should find the ends of justice served by the

PDF created with pdfFactory trial version www.pdffactory.com

granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, April 20, 2012, to and including June 19, 2012.  All parties stipulate and agree that this case is unusual and complex within the meaning of the Speedy Trial Act, as this case involves over 2,000 pages of initial discovery, six search warrants, and nine co-defendants.  Defendant Yan Ebyam is named as a defendant in two indictments pending before this Court, Case Nos. 2:11-CR-276 JAM and 2:11-CR-275 JAM, and Hoffman, et al., 2:11-MJ-312 KJN is factually related to this matter.  On April 2, 2012 the Government released a CD that was delivered to defense counsel on April 9, 2012 containing voluminous additional discovery.  Finally, defense counsel learned on April 12, 2012 another CD of discovery would be made available through the designated discovery service. All defendants request more time to review this additional discovery and conduct investigation to prepare each defendant's defense.

IT IS SO STIPULATED AND AGREED.

Dated: April 19, 2012                                    /s/  Matthew M. Scoble
                                                         MATTHEW M. SCOBLE
                                                         Attorney for Defendant
                                                         Yan Ebyam

Dated: April 19, 2012                                    /s/  William J. Portanova
                                                         WILLIAM J. PORTANOVA
                                                         Attorney for Defendant
                                                         Thomas Jopson

Dated: April 17, 2012                                    /s/  John R. Manning
                                                         JOHN R. MANNING
                                                         Attorney for Defendant
                                                         David Jopson

Dated: April 19, 2012                                    /s/  Hayes H. Gable
                                                         HAYES H. GABLE
                                                         Attorney for Defendant
                                                         Jesus Bruce

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 19, 2012                              /s/  J Toney
                                                   J TONEY
                                                   Attorney for Defendant
                                                   Aimee Sisco

Dated: April 19, 2012                              /s/  David D. Fischer
                                                   DAVID D. FISCHER
                                                   Attorney for Defendant
                                                   Pablo Vasquez

Dated: April 19, 2012                              /s/  Carl E. Larson
                                                   CARL E. LARSON
                                                   Attorney for Defendant
                                                   Dolf Podva

Dated: April 19, 2012                              /s/  Dan F. Koukol
                                                   DAN F. KOUKOL
                                                   Attorney for Defendant
                                                   Donald Fried

Dated: April 20, 2012                              /s/  Ronald J. Peters
                                                   RONALD J. PETERS
                                                   Attorney for Defendant
                                                   Thomas Marrs

Dated: April 20, 2012                              Benjamin B. Wagner
                                                   United States Attorney

                                     By:      /s/  Todd Pickles
                                                   TODD PICKLES
                                                   Assistant U.S. Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing there from, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would

3

PDF created with pdfFactory trial version www.pdffactory.com

deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 20, 2012, to and including June 19, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the April 24, 2012, status conference shall be continued until June 19, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated: April 20, 2012                           /s/ John A. Mendez
                                                John A. Mendez
                                                United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com