JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-275 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| YAN EBYAM, et al., | ) |
| | ) Date: August 7, 2012 |
| | ) Time: 9:45 a.m. |
| Defendants. | ) Judge: Honorable John A. Mendez |
| | ) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Yan Ebyam, Matthew M. Scoble, Esq., counsel for defendant Thomas Jopson, William J. Portanova, Esq., counsel for defendant David Jopson, John R. Manning, Esq., counsel for defendant Jesus Bruce, Hayes H. Gable, Esq., counsel for defendant Aimee Sisco, J Toney, Esq., counsel for defendant Pablo Vasquez, David D. Fischer, Esq., counsel for defendant Dolf Podva, Carl E. Larson, Esq., counsel for defendant Donald Fried, Dan F. Koukol, Esq., and counsel for defendant Thomas Marrs, Ronald J. Peters, Esq., that the status conference presently set for June 19, 2012 be **continued to August 7, 2012, at 9:45 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the Court should find the ends of justice served by the

1

PDF created with pdfFactory trial version www.pdffactory.com

granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, June 15, 2012, to and including August 7, 2012.  All parties stipulate and agree this case is unusual and complex within the meaning of the Speedy Trial Act, as this case involves over 2,000 pages of initial discovery, six search warrants, and nine co-defendants.  Defendant Yan Ebyam is named as a defendant in two indictments pending before this Court (case nos. 2:11-CR-276 JAM and 2:11-CR-275 JAM), and Hoffman, et al., 2:11-MJ-312 KJN is factually related to this matter.  (Case 11-276 JAM has been related to 11-275 JAM and has already been moved off the calendar for 6/19/12 and been re-set for 8/7/12.)

On April 2, 2012, the Government released a CD that was delivered to defense counsel on April 9, 2012, containing voluminous additional discovery, including evidence from devices such as computers and thumb drives.  On April 19, 2012, another CD of discovery was produced containing digital discovery from the seven search warrant sites in Northern California.  All defendants request more time to review this additional discovery and conduct investigation to prepare each defendant's defense.

IT IS SO STIPULATED AND AGREED.

Dated:  June 14, 2012                          /s/  Matthew M. Scoble
                                               MATTHEW M. SCOBLE
                                               Attorney for Defendant
                                               Yan Ebyam

Dated:  June 14, 2012                          /s/  William J. Portanova
                                               WILLIAM J. PORTANOVA
                                               Attorney for Defendant
                                               Thomas Jopson

Dated: June 14, 2012                           /s/  John R. Manning
                                               JOHN R. MANNING
                                               Attorney for Defendant
                                               David Jopson

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: June 14, 2012 | /s/ Hayes H. Gable<br>HAYES H. GABLE<br>Attorney for Defendant<br>Jesus Bruce |
| Dated: June 14, 2012 | /s/ J Toney<br>J TONEY<br>Attorney for Defendant<br>Aimee Sisco |
| Dated: June 14, 2012 | /s/ David D. Fischer<br>DAVID D. FISCHER<br>Attorney for Defendant<br>Pablo Vasquez |
| Dated: June 14, 2012 | /s/ Carl R. Larson<br>CARL E. LARSON<br>Attorney for Defendant<br>Dolf Podva |
| Dated: June 14, 2012 | /s/ Dan F. Koukol<br>DAN F. KOUKOL<br>Attorney for Defendant<br>Donald Fried |
| Dated: June 14, 2012 | /s/ Ronald J. Peters<br>RONALD J. PETERS<br>Attorney for Defendant<br>Thomas Marrs |
| Dated: June 14, 2012 | Benjamin B. Wagner<br>United States Attorney |
| By: | /s/ Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney |

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that

PDF created with pdfFactory trial version www.pdffactory.com

this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

      The Court orders that the time from the date of the parties' stipulation, June 15, 2012, to and including August 7, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare). It is further ordered that the June 19, 2012, status conference shall be continued until August 7, 2012, at 9:45 a.m.

IT IS SO ORDERED.

Dated:  6/15/2012                                      /s/ John A. Mendez_____
                                                           John A. Mendez
                                                           United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com