```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  Case No. 2:11-CR-00275 JAM
                                     )
12                   Plaintiff,      )
                                     )
13       v.                          )
                                     )
14  YAN EBYAM, et al.,               )
                                     )
15                   Defendants.     )
                                     )
16                                   )
                                     )  RELATED CASE ORDER
17  ─────────────────────────────────)
    UNITED STATES OF AMERICA,        )
18                                   )
                     Plaintiff,      )  Case No. 2:11-CR-00276 JAM
19                                   )
         v.                          )
20                                   )
    YAN EBYAM, et al.,               )
21                                   )
                     Defendants.     )
22  ─────────────────────────────────)
                                     )
23  UNITED STATES OF AMERICA,        )
                                     )
24                   Plaintiff,      )  Case No. 2:12-CR-00309 KJM
                                     )
25       v.                          )
                                     )
26  NATHAN HOFFMAN, et al.,          )
                                     )
27                   Defendants.     )
    ─────────────────────────────────)
28
```

1

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the action denominated 2:12-CR-00309 KJM be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-CR-00309-JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of the case to compensate for this reassignment.

IT IS SO ORDERED.

DATED: September 17, 2012

/s/ John A. Mendez
U. S. District Court Judge