1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   JASON S. HITT
3  TODD PICKLES
   Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2772

6  Attorneys for Plaintiff
   United States of America
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,          | CASE NOS. 2:11-CR-275-JAM; 2:11-CR-276 JAM
13 |                  Plaintiff,         | STIPULATION AND ORDER CONTINUING
   |                                     | TRIAL DATE, SETTING TRIAL CONFIRMATION
14 |            v.                       | HEARING DATE, AND EXCLUDING TIME
   |                                     | UNDER THE SPEEDY TRIAL ACT
15 | YAN EBYAM,                          |
   |                                     | Court: Hon. John A. Mendez
16 |                  Defendant.         |

17

18         Whereas, defendant Yan Ebyam has retained new defense attorney Michael Long to replace

19 Assistant Federal Defender Matthew Scoble because: (1) AFD Scoble has been involved in preparing

20 for, and participating in, the trial of United States v. Andrew Katakis, et al., No. 2:11-CR-511 WBS on

21 behalf of defendant W. Theodore Longley in that case for much of January 2014 and most of February

22 2014; (2) the Katakis trial, which started on or about February 4, 2014, is estimated to last past the

23 current start date of March 3, 2014, for Ebyam's trial in Case No. 2:11-CR-275 JAM; (3) AFD Scoble

24 has been unable to meet with Ebyam to prepare for Ebyam's trial in Case No. 2:11-CR-275 JAM; (4)

25 AFD Scoble has been unable due to his trial work in the Katakis to meet with and advise Ebyam

26 sufficiently to Ebyam's satisfaction regarding the ramifications of accepting and/or rejecting the plea

27 offer made to him by the United States; and (5) Ebyam has adequate cause to be concerned that AFD

28 Scoble will be either unprepared for and/or unable to participate in Ebyam's trial due to AFD Scoble's

STIPULATION AND ORDER                     1
CONTINUING TRIAL DATE, ETC.

1  work commitments in the <u>Katakis</u> case, and

2  Whereas, Mr. Long desires to represent Ebyam, but needs additional time to review the

3  approximate 2,000+ pages of discovery, conduct legal research, conduct any necessary factual

4  investigation, meet and confer with Ebyam, and otherwise prepare Ebyam's defense in a joint trial for

5  two separate criminal cases, Case Nos. 2:11-CR-275 JAM and 2:11-CR-276 JAM charged against

6  Ebyam.

7  It is hereby stipulated by and between the United States and Ebyam, through their respective

8  counsel, that:

9  1.   The Court continue the presently set March 3, 2014, trial date in Case No. 2:11-CR-275

10 JAM to July 28, 2014, and use that latter trial date to conduct the single joint trial of Case Nos. 2:11-CR-

11 275 JAM and 2:11-CR-276 JAM.

12 2.   The Court set a new trial confirmation hearing date on June 10, 2014, at 9:45 a.m.

13 3.   The Court find that these two cases remain so unusual and complex due to the nature of

14 the prosecution, to wit:  approximately 2,000+ pages of discovery, eleven indicted co-conspirators, and

15 at least seven search warrants executed, within the meaning of 18 U.S.C. § 3161(h)((7)(A) and (B)(ii) of

16 the Speedy Trial Act.

17 4.   The failure to grant the requested continuance in this case would deny defense counsel

18 reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

19 5.   The ends of justice served by the granting of such a continuance outweigh the best

20 interests of the public and the defendant in a speedy trial.

21 6.   Time from the date of the parties' stipulation, February 21, 2014, through, and including,

22 the trial date of July 28, 2014, shall be excluded from computation of time within which the trial of these

23 matters must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

24 (B)(ii) and (iv) and Local Codes T2 and T4.

25 Dated: February 21, 2014                MICHAEL LONG

26                                        /s/ Michael Long
27                               By:      _____
                                          MICHAEL LONG
28                                        Attorney for defendant
                                          Yan Ebyam (per authorization)

STIPULATION AND ORDER
CONTINUING TRIAL DATE, ETC.

2

Dated: February 21, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Samuel Wong
/s/ Jason S. Hitt
/s/ Todd Pickles

By: _____
SAMUEL WONG
JASON S. HITT
TODD PICKLES
Assistant United States Attorneys

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation on February 21, 2014, up to and including the July 28, 2014, trial date for both cases shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B) (ii) and (iv) and Local Codes T2 and T4, due to unusual and complex case, and to allow defense counsel reasonable time to prepare.

Dated: 2/24/2014

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

STIPULATION AND ORDER
CONTINUING TRIAL DATE, ETC.

3