MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for YAN EBYAM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF AMERICA,     ) No. 11-275 JAM
                  Plaintiff,      )
                                  ) STIPULATION AND
      v.                          ) ORDER TO ADD D-MONTANA TO
                                  ) APPROVED TRAVEL
                                  )
YAN EBYAM,                        ) Date:
                                  ) Time:
                  Defendant.      ) Judge: Hon. John A. Mendez
==============================)
```

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, and Michael D. Long, attorney for defendant YAN EBYAM, that Mr. EBYAM may travel to, and reside in, the District of Montana.

In case 11-275, Mr. EBYAM's special conditions of pre-trial release are found in ECF document 21.

Mr. EBYAM's employment requires that he work at a newly-built facility in the District of Montana. Pre-Trial Services Officer Tai Gaskins, and other Pre-Trial Services Officers, have previously confirmed Mr. Ebyam's employment and are approving him to relocate to Montana for employment purposes.

The undersigned parties hereby stipulate that the Court amend Special Condition of Pre-Trial Release #4 to read: "Your travel is restricted to the Eastern and Northern Districts of California and the District of Montana, without the prior consent of the pretrial services officer."

-1-

| | |
|---|---|
| Dated: August 3, 2016 | Respectfully submitted, |
| | /s/ Michael D. Long |
| | MICHAEL D. LONG |
| | Attorney for Yan Ebyam |
| Dated: August 3, 2016 | BENJAMIN WAGNER |
| | United States Attorney |
| | /s/ Jason Hitt |
| | JASON HITT |
| | Assistant U.S. Attorney |

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court amends Special Condition of Pre-Trial Release #4 to read: "Your travel is restricted to the Eastern and Northern Districts of California and the District of Montana, without the prior consent of the pretrial services officer."

| | |
|---|---|
| Dated: August 3, 2016 | /s/ John A. Mendez |
| | JOHN A. MENDEZ |
| | United States District Court Judge |