**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

United States of America

                 Plaintiff(s),

                          Case No.   2:11-cr-00275-JAM-1

v.

Yan Ebyam

                Defendant(s).

    I, _____ Brandon Sample, attorney for _____ Yan Ebyam,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

    My business address is:

**Firm Name:**        Brandon Sample PLC

**Address:**          PO BOX 250

**City:**               Rutland

**State:**             Vermont   ZIP Code: 05702

**Voice Phone:**     ( 802   )    444-4357

**FAX Phone:**       (802 ) 779-9590

**Internet E-mail:**
    _brandon@brandonsample.com_____

**Additional E-mail:**    _____

**I reside in City:**    Hurst State:  Texas

I was admitted to practice in the __Vermont Supreme Court__ (court)

on October 26, 2016 (date). I am presently in good standing and

eligible to practice in said court. A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in

any other court.

I have not concurrently or within the year preceding this application made

a pro hac vice application to this court. (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name:       Carol Ann Moses

Firm Name:

Address:    7636 N Ingram Ave Ste 104
            Fresno, CA 93711-6200

City:       Fresno

State:      California   ZIP Code: 93711

Voice Phone: (559) 449-9069

FAX Phone:   (559) 513-8530

E-mail:      carol@yosemitelawyer.com

Dated: 12-13-17    Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: _January 3, 2018_

JUDGE, U.S. DISTRICT COURT